# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2018

*The Court of Appeals hereby passes the following order:*

## A18A2011. CSA-MARAND, INC. et al. v. BOARD OF REGENTS OF UNIVERSITY SYSTEM OF GEORGIA.

In the underlying action, Appellants CSA-Marand, Inc., Dr. Shelby Wilkes, and Dr. Jettie Burnett sought to set aside a condemnation of Appellants' property under the Landowner's Bill of Rights and Private Property Protection Act, OCGA § 22-1-1, *et seq.* (the "Act"), for several reasons, including on the grounds that the Act is unconstitutional. The trial court specifically rejected Appellants' constitutional arguments, which Appellants are now appealing. Under Article VI, Section VI, Paragraph II (1) of the Georgia Constitution of 1983, the Supreme Court shall exercise exclusive appellate jurisdiction in all cases involving the construction of the Constitution of the State of Georgia or of the United States in which the constitutionality of a law, ordinance, or constitutional provision has been drawn into question in a timely manner and the trial court has distinctly issued a ruling thereon. See *State v. Davis*, 303 Ga. 684, 687 (814 SE2d 701) (2018). Accordingly, this appeal is hereby transferred to our Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/28/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*